| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Nicholas M. Wajda <br> Wajda Law Group, APC <br> 6167 Bristol Parkway, Suite 200 <br> Culver City, CA 90230 <br> Telephone: (310) 997-0471 | |
| ATTORNEY(S) FOR: Plaintiff | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MELVIN G. VENABLE, <br> Plaintiff(s), <br> v. <br> AVANT, LLC and EQUIFAX INFORMATION SERVICES, LLC, <br> Defendant(s) | CASE NUMBER: <br> 2:19-cv-10950 <br><br> **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _MELVIN G. VENABLE_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Melvin G. Venable | Plaintiff |
| Avant, LLC | Defendant |
| Equifax information Services, LLC | Defendant |
| Wajda Law Group, APC | Attorney for Plaintiff |

| 12/30/2019 | /s/ Nicholas M. Wajda |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Nicholas M. Wajda

CV-30 (05/13)          **NOTICE OF INTERESTED PARTIES**