NICHOLAS M. WAJDA (State Bar #259178)
WAJDA LAW GROUP, APC
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: (310) 997-0471
Email: nick@wajdalawgroup.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN G. VENABLE,<br><br>Plaintiff,<br><br>v.<br><br>AVANT, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 2:19-cv-10950<br><br>**NOTICE OF SETTLEMENT** |

## <u>NOTICE OF SETTLMENT</u>

PLEASE TAKE NOTICE Melvin G. Venable ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, Equifax Information Services, LLC only have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 25th day of February 2020.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Nicholas M. Wajda*

Nicholas M. Wajda
(State Bar No. 259178 )
**WAJDA LAW GROUP, APC**
6167 Bristol Parkway
Suite 200
Culver City, California 90230
Telephone: 310-997-0471
Facsimile: 866-286-8433
E-Mail: nick@wajdalawgroup.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ *Nicholas M. Wajda*
Nicholas M. Wajda